HORACE P. HOYT et al., Respondents, *v.* JOHN H. CLINE, Appellant.

(Argued June 2, 1892; decided June 17, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made July 7, 1891, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Wayland F. Ford* for appellant.

*C. H. Walts* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed. _____

MARY PRATT, Respondent, *v.* SIDNEY G. POOLE et al., Appellants.

(Argued June 2, 1892; decided June 17, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made September 14, 1891, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Alfred R. Page* for appellants.

*Edward S. Peck* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.